UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERQUAN DONTAY WASHINGTON,<br><br>         Plaintiff,<br><br>   v.<br><br>DANTE DAVIES, et al,<br><br>         Defendants. | Case No. 2:25-cv-02851-SVW (DTB)<br><br>**ORDER TO SHOW CAUSE** |

    On March 10, 2025, Plaintiff Derquan Dontay Washington ("Plaintiff"), a California state prisoner currently incarcerated at Ironwood State Prison in Blythe, California, and proceeding pro se, filed the instant civil rights Complaint pursuant to 42 U.S.C. § 1983 in the Southern District of California. See Complaint, Docket No. 1. Plaintiff claims two San Fernando Police Department Officers used excessive force against him and that a doctor at Northridge Hospital Medical Center failed to provide him adequate medical care by releasing him to police custody without first surgically removing a bullet lodged in his back. Id. at 3.

/ / /

1

Plaintiff did not pay the $402 civil and administrative filing fee required by 28 U.S.C. § 1914(a) at the time of filing and did not file a separate Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a)(1), although he attached a CDCR Inmate Statement Report to his Complaint. See id. at 8-9.

On April 1, 2025, the Southern District of California issued an Order Transferring Civil Action for Lack of Proper Venue to the Central District of California, Western Division Pursuant to 28 U.S.C. § 1406(a). (Docket No. 2). On April 2, 2025, the Court issued a Notice of Document Discrepancy advising Plaintiff that upon the submission of his Complaint, it was noted that he did not pay the appropriate filing fee and that if he is unable to pay the entire filing fee at this time, he must sign and complete a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support form (CV-60P) ("IFP Application"). Plaintiff was forewarned that if he failed to respond within thirty days, this action may be dismissed.

As of this date, Plaintiff has failed to either pay the entire filing fee or submit an IFP Application. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Order. Plaintiff may alternatively pay the entire filing fee or file a complete IFP Application which will discharge this Order to Show Cause. Plaintiff's response is due no later than **July 2, 2025.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the dismissal of this action for failure to prosecute and failure to comply with the Court's Order.**

Dated: June 3, 2025

DAVID T. BRISTOW
United States Magistrate Judge